**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **SHANIQUIA STANLEY**, | ) | |
| | ) | |
| *Plaintiff*, | ) | CIVIL ACTION NO. 1:26-CV-00086- |
| | ) | JRH-BKE |
| v. | ) | |
| | ) | |
| **BOYS & GIRLS CLUBS OF GREATER** | ) | |
| **AUGUSTA, INC.,** | ) | |
| | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S NOTICE OF FILING CORRECTED EXHIBIT A TO COMPLAINT**

COMES NOW, Plaintiff Shaniquia Stanley ("Plaintiff"), and pursuant to the Court's

deficiency notice (Dkt. 4) files this corrected Exhibit A to the Complaint (Dkt. 1) with required

redactions.

Respectfully submitted this 13th day of May, 2026.

/s/ Tracey T. Barbaree
Tracey T. Barbaree
GA Bar No. 036792
MOELLER BARBAREE LLP
1355 Peachtree Street N.E.
Suite 1100
Atlanta, GA  30309
Phone: 404.748.9122
Email:tbarbaree@moellerbarbaree.com

/s/ J. Stephen Mixon
J. Stephen Mixon
*Pending Pro Hac Vice Admission*
GA Bar No. 514050
THE MIXON LAW FIRM
3344 Peachtree Road

1

2

Suite 800
Atlanta, GA 30326
Phone: 770.955.0100
Email:steve@mixon-law.com

*Attorneys for Plaintiff*