IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHANIQUIA STANLEY, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO. 1:26-CV-00086- |
| | ) | JRH-BKE |
| v. | ) | |
| | ) | |
| BOYS & GIRLS CLUBS OF GREATER | ) | |
| AUGUSTA, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S LR 7.1 DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Shaniquia Stanley | Plaintiff |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors: **Not applicable.**

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

1

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Boys & Girls Clubs of Greater Augusta, Inc. | Defendant |
| Boys & Girls Clubs of Georgia, Inc. | Corporate relationship to Defendant |
| Boys & Girls Clubs of America, Inc. | Corporate relationship to Defendant |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.**  This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:  **Not applicable.**

Respectfully submitted this 13th day of May, 2026.

/s/ Tracey T. Barbaree
Tracey T. Barbaree
GA Bar No. 036792
MOELLER BARBAREE LLP
1355 Peachtree Street N.E.
Suite 1100
Atlanta, GA  30309
Phone: 404.748.9122
Email:tbarbaree@moellerbarbaree.com

/s/ J. Stephen Mixon
J. Stephen Mixon
*Pending Pro Hac Vice Admission*
GA Bar No. 514050
THE MIXON LAW FIRM
3344 Peachtree Road
Suite 800
Atlanta, GA 30326
Phone: 770.955.0100
Email:steve@mixon-law.com

*Attorneys for Plaintiff*