# United States District Court

## *Southern District of Georgia*

Shaniquia Stanley,

_____
Plaintiff

Case No.    1:26-cv-00086-JRH-BKE

**v.**

Boys & Girls Club of Greater Augusta, Inc.,

_____
Defendant

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This    18th    day of    May    ,    2026    .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

**\*\*\*\*\***

NAME OF PETITIONER:    J. Stephen Mixon
_____

Business Address:    The Mixon Law Firm
_____
Firm/Business Name

3344 Peachtree Street
_____
Street Address

| Suite 800 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (770) 955-0100 | | 514050 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    steve@mixon-law.com