# ATTACHMENT 1

## SEVERANCE AGREEMENT AND RELEASE

This Severance Agreement and Release is entered into between Shaniquia Stanley ("you") and Boys & Girls Clubs of Greater Augusta (BGCGA). The parties, for good and valuable consideration as set forth below, do hereby agree as follows:

### Severance Payment Terms and Details

Your employment with BGCGA will be terminated today, June 3, 2024. If you comply with the terms and conditions of this Agreement, as a severance, BGCGA will make payments to you through its regular payroll process equal to your current base salary, less appropriate deductions and/or withholdings as may be required by law or authorized by you, through July 5, 2024. A W-2 will be issued to you in the amount of the severance payments and salary earned for tax year 2024. Your insurance coverage will terminate on June 30, 2024.

### General Release of All Claims

In consideration of the amount paid above, you do hereby release and forever discharge BGCGA and its associates, affiliates, predecessors, successors, heirs, assigns, employees, agents, directors, officers, partners, representatives, insurance carriers, and all persons acting by, through, under or in concert with them from any and all causes of action, in law or in equity, suits, debts, liens, contracts, agreements, promises, liabilities, claims, demands, damages, losses, costs, expenses or attorneys' fees of any nature whatsoever, known or unknown, fixed or contingent, which you may have against them, arising from or related to any act, omission, or thing occurring or existing at the time of or prior to the date of the execution of this Agreement.

This release includes, but is not limited to, any claims which relate to or arise from your employment with or separation from BGCGA except to the extent such claims cannot be released

01414452-1

1

under applicable law. Released claims include any and all claims arising under federal, state, or local laws, including, without limitation, claims under the Age Discrimination in Employment Act, the Older Workers Benefit Protection Act, the Americans With Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act, Title VII of the Civil Rights Act, as amended, the Equal Pay Act, the Genetic Information Nondiscrimination Act, and any other federal, state or local law prohibiting employment discrimination or otherwise regulating wages, hours or working conditions, claims for workers compensation, and claims under any theory of tort or contract liability.

You acknowledge and agree that as a matter of public policy, you cannot waive any rights to file claims with the Equal Employment Opportunity Commission and/or any similar state agency. However, in the event such claim is filed, you hereby expressly waive the right to receive any monetary damages as a result of or in connection with such proceedings.

## No Claim for Wages or Compensation

You confirm that you have received all leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits to which you are entitled, except as provided by this Agreement. You further confirm that you have no known workplace injuries or occupational diseases which would entitle you to workers' compensation benefits.

## Property

You acknowledge that all equipment, records, files, and information relating in any manner to the business of BGCGA, whether prepared by you or otherwise coming into your possession, are the exclusive property of BGCGA. You will return to BGCGA the original and any copies of all such records, files, and information, as well as any keys, identification cards, credit cards, equipment, papers, reports, memoranda, or other items of BGCGA's property. You acknowledge that BGCGA does not have in its possession any items of your personal property.

2

## Non-Disparagement and References

You agree that you will not make, directly or indirectly, any false, negative, or disparaging statements (orally or in writing, including via social media) regarding BGCGA or its affiliates, associated entities, executives, officers, or directors, whether to any donor or prospective donor of BGCGA, the press, any other media, any other business entity, or third party. You agree that you will do nothing to impair BGCGA's reputation or goodwill among its donors, potential donors, vendors, suppliers, or the public. You are to have no further communication with current employees of BGCGA as it pertains to any work matter or regarding your time with BGCGA. BGCGA agrees that its officers and/or directors will not publicly make, directly or indirectly, any oral or written false, negative, critical or disparaging comments concerning you. BGCGA agrees to provide prospective employers who call for references only with your job title and dates of employment with BGCGA.

Nothing in this Section shall apply to giving truthful testimony as a witness in a Court of competent jurisdiction, any disclosure required by law to be made by BGCGA or you, the assertion of or defense against any claim of breach of this Agreement and shall not require either Party to make false statements or disclosures.

## Remedies for Breach

In the event that you fail to comply with any of your obligations under this Agreement, including the non-disparagement provisions contained above, any payments due you pursuant to this Agreement may immediately cease, and BGCGA will be entitled to injunctive relief in addition to any other remedies or damages available to it.

## You Have Read This Agreement

You acknowledge that you have read this Agreement, and you understand each and every provision in this Agreement. You acknowledge that, after due consideration, you have knowingly

3

and voluntarily elected to sign this Agreement and accept the benefits and obligations detailed herein.

## This Is The Entire Agreement

You understand and acknowledge that no promises or representations except those contained in this Agreement have been made to you in connection with the termination of your employment or your execution of this Agreement. This Agreement may not be changed, waived or modified except by a writing signed by both you and an authorized representative of BGCGA.

## Governed by Georgia Law

The laws of the State of Georgia shall govern this Agreement and all rights and obligations hereunder, including matters of construction, validity and performance. Any action to enforce this Agreement may be brought in a state or federal court located in Richmond County, Georgia. These courts shall have jurisdiction and venue with respect to any such action.

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**Accepted and agreed to:**

Shaniquia Stanley

DATE 6/3/24

Boys & Girls Clubs of Greater Augusta

DATE: 6/3/24

4